In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00083-CV

_____

IN THE INTEREST OF Z.M.L. AND C.M.L.

On Appeal from the 418th District Court
Montgomery County, Texas
Trial Cause No. 04-09-07549 CV

ORDER

On May 29, 2013, the appellant filed a motion to abate the appeal and remand the case to the trial court for consideration of appellant's request for additional findings of fact and conclusions of law. *See Plains Builders, Inc. v. Steel Source, Inc.*, No. 07-11-00198-CV, 2011 WL 2269969 (Tex. App.—Amarillo June 09, 2011, order). Appellant states she did not receive notice of the trial court's findings until after the clerk's record was filed. No objection has been filed.

It is, therefore, ORDERED that the appeal is abated and the case is remanded to the trial court for consideration of the appellant's request for

1

additional or amended findings of fact and conclusions of law. *See* Tex. R. App. P. 44.4. Within ten days of the date of this order, any party may request additional or amended findings of fact and conclusions of law under Rule of Civil Procedure 298. *See* Tex. R. Civ. P. 298. If a party requests additional or amended findings and conclusions, the parties and the trial court shall proceed according to Rule 298.

All appellate timetables are suspended while the trial court has the case. A supplemental record, including any additional findings of fact and conclusions of law the trial court may file, shall be filed with the Court of Appeals by July 22, 2013. The appeal will be reinstated without further order of this Court when the supplemental clerk's record is filed. The brief of the appellant is due thirty days after the supplemental clerk's record is filed with the Court of Appeals.

ORDER ENTERED June 20, 2013.

PER CURIAM

Before McKeithen, C.J., Gaultney and Horton, JJ.